OSCN Found Document:IN RE ADOPTION OF PROCEDURES FOR THE NOTICE AND FILING OF OPINIONS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE ADOPTION OF PROCEDURES FOR THE NOTICE AND FILING OF OPINIONS
2017 OK CR 9
Case Number: CCAD-2017-3
Decided: 05/15/2017
IN RE ADOPTION OF PROCEDURES FOR THE NOTICE AND FILING OF OPINIONS

Cite as: 2017 OK CR 9, __ __

 

AMENDED ORDER
¶1 On March 31, 2017, this Court issued its "Order Adopting Opinion Filing Procedures" and provided e-mail addresses for individuals and organizations to submit their requests to be added as a subscriber to either the "mailing list" to receive notice of opinions to be handed down or the "mailing list" to receive electronic copies of all Court of Criminal Appeals opinions, both published and unpublished, as the opinions are filed in the clerk's office. 
¶2 Due to the interest in being listed as a subscriber to each of these mailing lists the Court's technology department has created new subscribing options. The new options are as follows:


1. Visit the Court of Criminal Appeals' website at http://www.okcca.net/online and locate the "New Opinions E-Mail Lists" box. Clink on the "Subscribe" link to email a request to receive notice of opinions to be handed down. Clink on the "Subscribe Opinion" link to email a request to receive electronic copies of the Court's opinions. 
Or,
2. Email the Court's mail list manager directly at maillistmgr@oscn.net to request to receive notice of opinions to be handed down. Email the court clerk's mail list manager at OCCAmaillistmgr@oscn.net to request to receive electronic copies of the Court's opinions when the opinions are handed down and filed. 
3. Regardless of the method utilized to subscribe to either or both of the mailing lists the subscriber must provide his or her name and email address in the request to subscribe. 
¶3 IT IS SO ORDERED.
¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 15th day of May, 2017.
 
/S/GARY L. LUMPKIN, Presiding Judge
ATTEST:
/s/Michael S. Richie
(Clerk)




 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.